

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-24-00411-CR

---

Alfredo Aguirre, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the County Criminal Court No. 1
El Paso County, Texas
Trial Court No. 20200C09321

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the trial court and render judgment dismissing the criminal complaint and information with prejudice.

IT IS SO ORDERED this 5th day of January 2026.


GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.